NO. SCWC-29539

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————

SHILO WILLIS, Petitioner/Plaintiff-Appellant,

vs.

CRAIG SWAIN, FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondents/Defendants-Appellees.

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29539; CIV. NO. 01-1-0467)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba,
and McKenna, JJ., and Circuit Judge Chang,
assigned by reason of vacancy)

The Application for Writ of Certiorari filed on May 7,

2012 by Petitioner/Plaintiff-Appellant Shilo Willis, is hereby

accepted and will be scheduled for oral argument.  The parties

will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, June 19, 2012.

Fernando L. Cosio,               /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama
Bradford F.K. Bliss,
for respondent                   /s/ Simeon R. Acoba, Jr.

                                 /s/ Sabrina S. McKenna

                                 /s/ Gary W.B. Chang

